THE HONORABLE JUDGE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP; ROUNDHILL I, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> AMWINS BROKERAGE OF GEORGIA, LLC; AMRISC, LLC; C.J.W. & ASSOCIATES, INC.; CERTAIN UNDERWRITERS AT LLOYD'S, <br><br> Defendants. | Case No. 3:19-cv-05785-BJR <br><br> **JOINT STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS OF PLAINTIFFS CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP AND ROUNDHILL I, L.P.** |

The parties in this action, by their counsel of record, stipulate that all claims that were or could have been brought by Plaintiffs CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP AND ROUNDHILL I, L.P. against Defendant AMRISC, LLC in this action have been resolved. Accordingly, this action shall be dismissed with prejudice in its entirety with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 12th day of January, 2023.

JOINT STIPULATION AND ORDER TO DISMISS ALL CLAIMS OF PLAINTIFFS CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP AND ROUNDHILL I, L.P. - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON<br><br>By /s/ John R. Neeleman<br>John R. Neeleman, WSBA #19752<br>John P. Jett (Admitted Pro Hac Vice)<br>Ava J. Conger (Admitted Pro Hac Vice)<br>1420 Fifth Ave., Suite 3700<br>Seattle, WA 98101<br>Telephone: (206) 626-7713<br>Fax: (206) 623-6793<br>jneeleman@kilpatricktownsend.com<br>jjett@kilpatricktownsend.com<br>aconger@kilpatricktownsend.com<br><br>*Counsel for Defendant AmRisc, LLC* | HOLMES WEDDLE & BARCOTT<br><br>By /s/ Daniel Patrick Barcott,<br>Daniel Patrick Barcott, WSBA # 50282<br>Michael A Barcott, WSBA # 13317<br>3101 Western Ave., Suite 500<br>Seattle, WA 98121-3071<br>Telephone: (206) 292-8008<br>Fax: (206) 340-0289<br>dbarcott@hwb-law.com<br>mbarcott@hwb-law.com<br><br>*Counsel for Plaintiffs* |

JOINT STIPULATION AND ORDER TO DISMISS ALL CLAIMS OF PLAINTIFFS CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP AND ROUNDHILL I, L.P. - 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

THE HONORABLE JUDGE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP; ROUNDHILL I, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> AMWINS BROKERAGE OF GEORGIA, LLC; AMRISC, LLC; C.J.W. & ASSOCIATES, INC.; CERTAIN UNDERWRITERS AT LLOYD'S, <br><br> Defendants. | Case No. 3:19-cv-05785-BJR <br><br> **ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS ALL CLAIMS OF PLAINTIFFS CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP AND ROUNDHILL I, L.P.** |

THIS MATTER having been presented to the Court by the parties' JOINT STIPULATION AND ORDER TO DISMISS ALL CLAIMS OF PLAINTIFFS CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP AND ROUNDHILL I, L.P. in the above-captioned action; and the Court having considered said Stipulation,

Defendant AmRisc, LLC is dismissed with prejudice from the above titled action.

DATED this 10th day of April, 2023.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge