THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CLMS MANAGEMENT SERVICES LIMITED PARTNERSHIP, ROUNDHILL I, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AMWINS BROKERAGE OF GEORGIA, LLC; AMRISC, LLC; C.J.W. & ASSOCIATES, INC.; CERTAIN UNDERWRITERS AT LLOYD'S, <br><br> Defendants. | Case No. 3:19-cv-05785-BJR <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to this Court's Minute Order of April 10, 2023 [Dkt #67] the parties report as follows.

The underlying coverage dispute with Certain Underwriters at Lloyd's has recently been resolved and the arbitration cancelled. Accordingly, the parties, by and through counsel, hereby stipulate that this matter may be dismissed with prejudice without costs or fees to any party.

Respectfully submitted.

DATED this 20th day of April, 2023.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
Case No. 3:19-cv-05785-BJR

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

HOLMES WEDDLE & BARCOTT, P.C.

*/s/ Michael A. Barcott*
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: 206-292-8008
Facsimile:  206-340-0289
Email: mbarcott@hwb-law.com
             dbarcott@hwb-law.com
Attorneys for Plaintiffs

WOOD SMITH HENNING & BERMAN LLP


         */s/ Timothy J. Repass*
Timothy J. Repass
801 Kirkland Ave Suite 100
Kirkland, WA 98033
Telephone: 206-204-6802
Email: Trepass@wshblaw.com
*Attorneys for CJW & Associates, Inc.*

LEE SMART PS INC


         */s/ John C. Versnel, III*
John C. Versnel, III
701 Pike St, Suite 1800
Seattle, WA 98101-3929
Telephone: 206-624-7990
Email: jcv@leesmart.com
*Attorneys for Amwins Brokerage of Georgia LLC*

MOUND COTTON WOLLAN &
GREENGRASS LLP


         */s/ Jeffrey S. Weinstein*
Jeffrey S. Weinstein
One New York Plaza, 44th Floor
New York, NY 10004
Email: jweinstein@moundcotton.com
*Attorneys for Certain Underwriters at Lloyd's*

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2**
Case No. 3:19-cv-05785-BJR

## ORDER

Pursuant to the stipulation of the parties it is so ORDERED.

DATED this 25th day of April, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
Case No. 3:19-cv-05785-BJR

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289